Ex Parte James Guzman

vs

State of Texas

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 18 2015

CHRISTOPHER A. PRINE
CLERK

Causes: 01-15-00149 CR
01-15-00150 CR
01-15-00151 CR

# Appellant's Brief

Comes now appellant JAMES GUZMAN and shows the following:

## I.

Appellant was convicted of 3 misdemeanor assaults And RECIEVED 120 days concurrent. Sentenced ended on 2-25-15 time served.

## II.

Actual Innocence is the claim caused alledged Complainees CORRINA Guiterrez, Joe Guzman, And Stephanie Rodriguez are also incarcerated for family violence of which trial counsel was ineffective assistance of counsel for failing to disclose that CORRINA Guiterrez, Joe Guzman, and Stephanie Rodriguez had intensive family violence cases pending and WARRANts.

## III.

Appellant's actual Innocence claim falls intact He is a minister on Parole of His ministry Guzman Family Management 3410 Otis St. 77026, And He went to 5300 Coke St, to help Stephanie Rodriguez And Joe Guzman

upgrade thier home to save thier youngest child from being taken from CPS. Mr. Guzman while asleep was Robbed by Stephanie Rodriguez and Stephanie Rodriguez and Joe Guzman became demonicly violent and attacked Mr. Guzman. Same as Corrina Guitterrez became demonicly violent and assaulted James Guzman.

Mr. Guzman was never the assaulter and the outcome of trial would've been diffrent had the arrest Records of Corrina Guitterrez, Joe Guzman, and Stephanie Rodriguez been made aware to the Court by the ineffective assistance of trial Counsel.

Wherefore Premises considered the Appellant Prays the causes in the above Referenced styled causes be Reversed, Remanded and dismissed with prejudiced.

I James Guzman do hereby declare under the penalty of perjury all is true and correct.

3-13-15     James Guzman
            01125709    6B2
            1200 Baker St. Houston, Tx 72002

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: _____
SPN: 02137062
Street: 2001 Baker

Houston, Texas 77002

HCSO

LEGAL

INDIGENT

77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 18 2015

CHRISTOPHER A. PRINE
CLERK

Clerk
First Court Of Appeals—
301 Fannin Street
Houston, Tx; 77002-2066

U.S. POSTAGE >> PITNEY BOWES

ZIP 77019 $ 000.48⁰
02 1W
0001374179 MAR 16 2015